IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MISTY HAWKINS, individually and on behalf of other similarly situated employees and former employees of Defendants,<br>　　　Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 4:19-cv-01270<br>JURY DEMANDED |
| FOX CORPORATE HOUSING, LLC and TANYA LEACH,<br>　　　Defendants. | §<br>§<br>§ | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Misty Hawkins and Defendants Fox Corporate Housing, LLC and Tanya Leach (collectively "the parties") move to dismiss this action with prejudice and show as follows:

The parties have resolved this matter. Therefore, the parties request that this Court dismiss this case with prejudice, each party to bear its own costs and its own attorneys' fees.

RESPECTFULLY SUBMITTED,

JACKSON WALKER LLP

By:/s/ G. Scott Fiddler
G. Scott Fiddler
State Bar No. 06957750
Federal ID No. 12508
sfiddler@jw.com
Harris Huguenard
State Bar No. 24099615
Federal ID No. 3007223
hhuguenard@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Tel.:　713-752-4217
Fax:　713-754-6717

*Attorneys for Plaintiff Misty Hawkins*

PIERCE & O'NEILL, LLP

By: */s/ Jesse R. Pierce*
Jesse R. Pierce
State Bar No. 15995400
Federal ID No. 472
(713) 634-3636
jpierce@pierceoneill.com
Paul A. Galante
State Bar No. 24090833
Federal ID No. 2742834
(713)634-3606
pgalante@pierceoneill.com
PIERCE & O'NEILL, LLP
4203 Montrose Boulevard
Houston, Texas 77006
(713) 634-3600 Main
(713) 634-3601 Fax

*Attorneys for Defendants*
*Fox Corporate Housing, LLC and Tanya Leach*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel for Defendants by email, in accordance with the Federal Rules of Civil Procedure on this the 17th day of April 2020, as follows:

Jesse R. Pierce, Esq.
jpierce@pierceoneill.com
Paul A. Galante, Esq.
pgalante@pierceoneill.com
Pierce & O'Neill, LLP
4203 Montrose Boulevard
Houston, Texas 77006

/S/ G. SCOTT FIDDLER
_____
G. SCOTT FIDDLER