United States District Court
Southern District of Texas
**ENTERED**
April 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MISTY HAWKINS, *et al*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:19-cv-01270 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| FOX CORPORATE HOUSING LLC AND TANYA LEACH, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice. Dkt 33.

The motion is GRANTED.

This case is DISMISSED WITH PREJUDICE.

The parties will bear their own attorney fees and costs.

SO ORDERED.

Signed on April 20, 2020, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge